1  DAVID Z. CHESNOFF, ESQ.
2  Nevada Bar No. 2292
   RICHARD A. SCHONFELD, ESQ.
3  Nevada Bar No. 6815
   CHESNOFF & SCHONFELD
4  520 South Fourth Street
5  Las Vegas, Nevada 89101
   Telephone: (702)384-5563
6  rschonfeld@cslawoffice.net
   dzchesnoff@cslawoffice.net
7  Attorneys for Defendant, BERK ERATAY

8                    UNITED STATES DISTRICT COURT
9                        DISTRICT OF NEVADA
                           * * * * * *
10 UNITED STATES OF AMERICA,        )
                                     )
11              Plaintiff,           )
                                     )
12                                   )        CASE NO. 2:22-mj-00433-VCF
   v.                                )
13                                   )
                                     )
14 BERK ERATAY,                      )
                                     )
15              Defendant,           )
                                     )
16 _____    )

17        ORDER GRANTING DEFENDANT'S MOTION TO APPEAR IN
       PERSON AT MAY 31, 2022 IDENTITY AND DETENTION HEARING
18
          Having reviewed Defendant's Motion for an Order requiring the U.S. Marshals Service
19
20 transport Defendant to the Court for his personal appearance at the May 31, 2022 Identity and

21 Detention Hearing, and with good cause appearing, said Motion is hereby **GRANTED**.

22 ///

23

24

25

26

27

28

**IT IS HEREBY ORDERED** that the U.S. Marshals Service shall transport Defendant BERK ERATAY to the Court for his personal appearance at the May 31, 2022 Identity and Detention Hearing.

**IT IS SO ORDERED**.

_____
**UNITED STATES MAGISTRATE JUDGE**

Dated: _____5/27/2022_____

Respectfully Submitted:

/s/ David Z. Chesnoff
DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: [702] 384-5563
Fax: [702] 598-1425
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net
Attorneys for Defendant BERK ERATAY

Page -2-