# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BERK ERATAY,<br><br>Defendant. | Case No. 2:22-mj-00433-VCF-1<br><br>**Order on Stipulation to Continue Identity Hearing** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS ORDERED that the identity hearing currently scheduled for May 31, 2022, at the hour of 2:00 p.m., be vacated and continued to June 3, 2022 at the hour of 11:00 a.m. Defense counsel may appear for the identity hearing by video.

DATED this 27th day of May, 2022.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE