**DAVID Z. CHESNOFF, ESQ.**
Nevada Bar No. 2292
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
**520 South Fourth Street**
**Las Vegas, Nevada 89101**
Telephone: (702)384-5563
rschonfeld@cslawoffice.net
dzchesnoff@cslawoffice.net
**Attorneys for Defendant, BERK ERATAY**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:22-mj-00433-VCF |
| BERK ERATAY, | ) |
| Defendant, | ) |

**STIPULATION TO CONTINUE DEFENDANT'S IDENTITY AND REMOVAL HEARING SCHEDULED FOR JUNE 3, 2022**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Jason Frierson, United States Attorney, and Jacob Operskalski, Assistant United States Attorney, counsel for the United States of America; and David Chesnoff, Esq., and Richard Schonfeld, Esq. counsel for Defendant Berk Eratay, that the Court continue the Removal hearing currently scheduled for June 3, 2022, at 11:00 a.m. and propose that the hearing take place on July 8, 2022, at 11:00am.

This Stipulation is entered for the following reasons:

1. The Government requested a Protective Order prior to producing discovery relative to the Identity and Removal hearing. The Protective Order was entered by the Court

on June 1, 2022, and discovery will be forthcoming;

2. Counsel for the Defendant will need time to review the discovery and communicate with their client after the review;

3. The Defendant is in custody;

4. Additionally, denial of this request for continuance would result in a miscarriage of justice;

For the foregoing reasons, the parties request a continuance of the Identity and Removal hearing.

Dated this 2nd day of June, 2022.

| /s/ Jacob H. Operskalski | /s/ Richard A. Schonfeld |
|---|---|
| **JACOB H. OPERSKALSKI** | **DAVID Z. CHESNOFF, ESQ.** |
| Assistant United States Attorney | Nevada Bar No. 2292 |
| 501 Las Vegas Blvd., South | **RICHARD A. SCHONFELD, ESQ.** |
| Suite 1100 | 520 South Fourth Street |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| jacob.operskalski@usdoj.gov | dzchesnoff@cslawoffice.net |
| | rschonfeld@cslawoffice.net |

**DAVID Z. CHESNOFF, ESQ.**
Nevada Bar No. 2292
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
**520 South Fourth Street**
**Las Vegas, Nevada 89101**
Telephone: (702)384-5563
rschonfeld@cslawoffice.net
dzchesnoff@cslawoffice.net
**Attorneys for Defendant, BERK ERATAY**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA
\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 2:22-mj-00433-VCF |
| v. ) | |
| ) | |
| BERK ERATAY, ) | ORDER ON STIPULATION TO |
| ) | CONTINUE IDENTITY AND |
| Defendant, ) | REMOVAL HEARING |
| ) | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

**IT IS ORDERED** that the Identity and Removal hearing currently scheduled for June 3, 2022, at the hour of 11:00 a.m., be vacated and continued to [an in-person hearing] July 8, 2022 at the hour of 11:00 AM in Courtroom 3D.

**DATED** this 2nd day of June, 2022.

IT IS FURTHER ORDERED that the parties must coordinate with Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov for any virtual appearances by noon, July 7, 2022.

**HONORABLE CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**